Thank you all for being here. We're supposed to be in a conference in a couple of months. I'd like to reserve three minutes for a moment. Okay. Phase one is secretariat ruling. The secretariat is held in the D.E.K. and the M.N.K. where you're stationed. In order of the secretariat, you submit your decisions to the Senate and you present these evidence and implications. In this picture, first, the plaintiff will have to explain the law in principle for revealing part of the status. In reference to the standards for a test, the materials of the material alteration of the secretariat's and the area's status, and it was changed in sections in which the order .
judges: McKeown, Wardlaw, Tallman